# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY,
INC. AND ACTIVE SOLUTIONS,
LLC

NO.   2022 CW 0320

**JULY 5, 2022**

---

In Re:    MMR Group, Inc., MMR Offshore Services, Inc. and MMR
          Constructors, Inc. d/b/a MMR Communications, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 582741.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's March 10,
2022 judgment, denying defendants/relators, MMR Group, Inc. MMR
Offshore Services, Inc., and MMR Constructors Inc. d/b/a MMR
Communications', Motion for Partial Summary Judgment is vacated.
As instructed by this court in **CamSoft Data Systems, Inc. v.
Southern Electronics Supply, Inc.,** 2019-0733 (La. App. 1st Cir.
7/2/19), 2019 WL 2865361 (unpublished), and in connection with
**CamSoft Data Systems, Inc. v. Southern Electronics Supply, Inc.,**
2022 CW 0321, issued this same date, the matter is remanded to
the district court to consider the merits of the referenced
motion for partial summary judgment in connection with their
analysis of the admissibility of the expert opinions of Chetan
Sharma, Stephen Dell, and Michael Kaplan.

                              **JEW**
                              **CHH**

      **McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT